**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STATE FARM INSURANCE COMPANY,  : No. 311 MAL 2019
:
          Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v.  :
:
:
:
DAWN MCATEER,  :
:
          Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.